### L. F. Bowyer

*v.*

The People *ex rel.* John J. Hanberg, County Collector.

*Opinion filed December 16, 1903—Rehearing denied February 3, 1904.*

This case is controlled by the decision in *Crozer* v. *People ex rel.* 206 Ill. 464.

Appeal from the County Court of Cook county; the Hon. Orrin N. Carter, Judge, presiding.

Taylor & Martin, for appellant.

James H. Wilkerson, County Attorney, William F. Struckmann, and Frank L. Shepard, for appellee.

Per Curiam: This case was consolidated in this court with the case of *Crozer* v. *People ex rel.* 206 Ill. 464. It involves the same question that is involved in that case and was submitted upon the same briefs, and is controlled by the decision in that case.

The judgment of the county court, therefore, will be reversed and the cause remanded to that court, with directions to enter a judgment sustaining the objections filed by the objector in that court.

*Reversed and remanded, with directions.*